FILED

05/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0061

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0061

DANIEL McCAUL,

    Plaintiff and Appellant,

v.

SOUTHWEST MONTANA COMMUNITY
FEDERAL CREDIT UNION,

    Defendant and Appellee.

FILED

MAY 25 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure.

M. R. App. P. 10(4) requires that papers presented for filing shall contain a certificate of service in the form of a statement of the date and manner of service and of the names and addresses of the persons served, certified by the person who made service. Appellant's Brief does not contain a certificate of service.

M. R. App. P. 11(4)(e) requires a certificate of compliance indicating the Document's line spacing and the typeface, point size, and word count. Appellant's Brief does not include a certificate of compliance.

M. R. App. P. 11(6) requires that the cover of the Appellant's brief shall be blue; shall include the name of the judge in the case from which the appeal was taken; and shall include the names, mailing addresses, telephone, fax numbers, and email addresses (if any) of respective counsel for parties, identifying the party counsel represents. The cover of Appellant's brief is not blue, does not include the name of the judge in the case from which the appeal was taken, and does not include the name, mailing address, telephone, fax number, and email address of counsel for Appellee.

M. R. App. P. 12(1)(i) requires appellants to attach an appendix including the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s),

ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support. The appendix to Appellant's brief contains only a single page from the judgment or order appealed.

M. R. App. P. 13(2) requires a signed original and nine copies of each brief shall be filed with the clerk of the supreme court. Appellant filed no copies of his brief.

After reviewing the Appellant's opening brief filed on May 24, 2021, this Court has determined that the brief does not comply with the Rules and must be resubmitted. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall file with the Clerk of this Court this brief containing the revisions necessary to comply with the specified Rules and that the Appellants shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the resubmitted brief and appendix.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

For the Court,

By _____

Justice

2